OPINION — AG — **** EXCISE BOARD — APPROPRIATIONS — TRANSFERS **** THE CUSTER COUNTY EXCISE BOARD CANNOT LEGALLY TRANSFER APPROPRIATED FUNDS, ON THE APPLICATION OF THE CITY OF CLINTON, FROM TWO EXISTING NUMBERED ACCOUNT ITEMS TO A NON-EXISTING ACCOUNT ITEM OF APPROPRIATION WITHOUT COMPLIANCE WITH 68 O.S. Supp. 1969, SECTION 24101[68-24101] [68-24101]. CITE: 62 O.S. 1961 461 [62-461], 62 O.S. 1961 462 [62-462] 68 O.S. 1951 292 [68-292] W. J. MONROE